UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WALTER FERNANDO MARTINEZ-MEDINA, Petitioner, v. JEFFREY SESSIONS, et al., Respondent. | Case No.: 18cv932-CAB<br><br>**ORDER DISMISSING PETITION AS MOOT** |
|---|---|

On May 11, 2018, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241. [Doc. No. 1.] Petitioner claims he was arrested on May 11, 2018 at 3:00 p.m. at the Calexico POE but was not presented for initial appearance as required by Fed. R. Crim. P. 5(a)(1)(A). [Doc. No. 1 at 1.] However the docket in the related criminal case, 18MJ8702, indicates that Petitioner was presented for an initial appearance before Magistrate Judge Peter C. Lewis on the day of his arrest, May 11, 2018. [Case No. 18MJ8702, Doc. No. 3.] Therefore, the Petition is **DISMISSED AS MOOT**.

Dated: May 15, 2018

Hon. Cathy Ann Bencivengo
United States District Judge

1